

**GEICO Marine Insurance Company**

PO Box 5390
Fredericksburg, VA 22403-0390

March 19, 2021

## LETTER OF UNDERTAKING

**Via CM/ECF**
Clerk of Court
United States District Court
Southern District of Florida
Miami Division
400 North Miami Avenue, 8th Floor South
Miami, Florida 33128

  Re: IN THE MATTER OF THE COMPLAINT OF WILLIAM GLASSFORD, AS OWNER, FOR EXONERATION FROM OR LIMITATION OF LIABILITY, OF A 1993 ROBALO 18' RUNABOUT VESSEL, HULL ID NO. CROA03RAG293.

  Date of Loss: January 4, 2021

To Whom It May Concern:

  Boat U.S., as the marine manager for GEICO Marine Insurance Company ("Boat U.S."), understands that individuals may assert claims as a consequence of a January 4, 2021 incident involving a 1993 Robalo 18 foot Runabout vessel, bearing Hull Identification No. CROA03RAG293 and Florida Vessel Registration No. FL 7703 HT (the "Vessel"), owned by William Glassford, ("Petitioner"), while the Vessel was being operated in the navigable waters of the United States near Bear Cut Channel in Biscayne Bay.

  We further understand that an action for exoneration from or limitation of liability intends to be filed by Petitioner as the owner of the foregoing Vessel in the United States District Court for the Southern District of Florida.

  Pursuant to Rule F of the Supplemental Rules for Admiralty or Maritime Claims "a sum equal to the amount or value of the owner's interest in the vessel and pending freight, or approved security therefore" must be deposited with the Court at a rate of six percent (6%) per annum from the date of the security. Rule F(1).

  Now, in consideration of the mandates of Rule F(1) and to secure the claims for the benefit of any claimants to the above-referenced action, we, Boat U.S. as marine manager for the insurer of Petitioner, William Glassford, pursuant to policy of insurance number BUS5249885-04, hereby agree that:

Exhibit 2

1) In the event that a final judgment, not subject to appeal, be entered against Petitioner, as owner of the Vessel or against the vessel *in rem*, then the undersigned agrees to pay and satisfy the final judgment, plus interest at 6% from January 4, 2021, and costs, up to and not exceeding **Twenty-One Thousand Dollars and 00/100 ($21,000)**. This agreement to pay is without prejudice to any Claimant and to obtain a judgment against the Petitioner or Vessel in any amount that any Claimant may obtain. This Letter of Undertaking does not diminish any Claimant's rights to collect any judgment against the Petitioner or the Vessel.

2) Upon Court order, Boat U.S. agrees to cause to be filed a bond in form and sufficiency with a surety satisfactory to the Court in the above amount securing any claim against the Petitioner or the Vessel in the above-referenced case. In the event the bond referred to above is filed, Boat U.S. shall have no further responsibility under this Letter of Undertaking.

3) The rights of all parties shall stand and be exactly the same as they would have been had the funds been deposited with the court in the form of cash. We reserve all rights, defenses, and objections to contest such claims which may be filed in the limitation action.

4) Boat U.S. may be served with notice of amounts due under this Letter of Undertaking by serving attorney Richard J. McAlpin and/or Daniel S. Marcotte at McAlpin Conroy, P.A. 80 Southwest 8th Street, Suite 2805, Miami, Florida, 33130 during regular business hours. Should any dispute arise in respect of any demand for payment under this Letter of Undertaking, it is hereby agreed that such dispute may be referred for resolution to the above-referenced Court. This provision shall apply only to this Letter of Undertaking and shall not be construed as a general waiver of any rights of Boat U.S. or the general appointment of any agent for service of process.

Yours truly,

*[signature]*

Jean M. Quinn
Liability Claims Adjuster
Boat U.S. / Geico Marine Insurance
800.262.8082 x3027

**Exhibit 2**