UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-21118-UU

IN THE MATTER OF THE COMPLAINT OF
WILLIAM GLASSFORD, AS OWNER, FOR
EXONERATION FROM OR LIMITATION OF
LIABILITY, OF A 1993 ROBALO 18' RUNABOUT
VESSEL, HULL ID NO. CROA03RAG293.

     Petitioner.
_____/

## ORDER

THIS CAUSE is before the Court upon Petitioner's Motion to for Entry of Order Approving Letter of Undertaking and Directing Issuance of Monition and Injunction (D.E. 3) (the "Motion").

THE COURT has considered the Motion, pertinent portions of the record, and is otherwise fully advised in the premises.

Petitioner filed its Complaint for Exoneration from or Limitation of Liability regarding a 1993 Robalo 18' Runabout Vessel, bearing Hull Identification No. CROA03RAG293, pursuant to 46 U.S.C. § 30505, et seq. and Supplemental Rule F, for injuries to a passenger allegedly caused by or resulting from an incident occurring on or about **January 4, 2021**, on the navigable waters of the United States in the Bear Cut Channel in Key Biscayne in Miami, Florida. The Complaint states the value of Petitioner's interest in the Vessel does not exceed $21,000.00 and there was no pending freight. Petitioner has deposited with the Court a Letter of Undertaking by Boat U.S. as the marine manager for GEICO Marine Insurance Company, as surety, as security for the benefit of claimants in the 2 amount of $21,000.00, with interest at 6 percent per annum from January 4,

2021, and costs, as required by the rules of this Court and by the law. *See* D.E. 1-3. Accordingly, it is hereby:

ORDERED AND ADJUDGED that

1. Petitioner's Motion to Approve Letter of Undertaking and Enter Monition and Injunction, D.E. 3, is GRANTED.

2. The Letter of Undertaking deposited by Petitioner with the Court for the benefit of claimants, in the sum of $21,000.00, with interest and costs, as security for the amount or value of Petitioner's interest in the Vessel is APPROVED.

3. This Court, upon motion, shall cause due appraisement of such value and may thereupon order the said security increased or reduced to carry out the provisions of 46 U.S.C. § 30501 et seq. for personal injuries, property damage, or any other claims resulting from the incident that occurred on January 4, 2021, referred to in the Petition.

4. A Notice to Claimants of Complaint for Exoneration from of Limitation of Liability shall be issued by the Clerk of the Court to all persons asserting claims with respect to which the Complaint seeks exoneration or limitation, admonishing them to file their respective claims with the Clerk of the Court in writing, and to serve on the attorneys for the Petitioners a copy thereof on or before **Monday, August 16, 2021,** or be defaulted, and if any claimant desires to contest either the Petitioner's right to exoneration from or the right to limitation of liability, any such claimant(s) shall file and serve on Petitioner's attorney an answer to the Complaint, on or before said date, unless his claim has included an answer to the Complaint, so designated, or be defaulted.

5. Publication of the aforesaid notice in the form required by Supplemental Rule F(4) be published in a newspaper of general circulation in the Miami-Dade County area once a week for four (4) successive weeks prior to the date fixed for the filing of claims, and copies of the notice shall also be mailed in accordance with Supplemental Rule F.

6. The commencement or further prosecution of any and all actions or proceedings against Petitioner, the Vessel, or other property of Petitioner with respect to any claims for which Petitioner seeks exoneration from or limitation of liability herein, including any claim arising out of, or incident to, or connected with any loss, damage, injury, death or destruction, more fully described in the Petition, be and they are hereby restrained, stayed and enjoined until the hearing and determination of this action.

7. Service of this Order as a restraining order may be made through the Post Office by mailing a confirmed copy thereof to the person or persons to be restrained, or to their respective attorneys, or alternatively, by hand delivery.

8. Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1B, the parties SHALL file a Joint Planning and Scheduling Report together with a proposed Scheduling Order, and an attached service list including the parties' names, phone numbers, e-mail addresses and facsimile numbers.

DONE AND ORDERED in Chambers at Miami, Florida, this _19th__ day of April, 2021.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record