UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN ADMIRALTY

CASE NO: 1:21-cv-21118-UU

IN THE MATTER OF:

THE COMPLAINT OF WILLIAM
GLASSFORD, AS OWNER, FOR
EXONERATION FROM OR LIMITATION
OF LIABILITY, OF A 1993 ROBALO,
18' RUNABOUT VESSEL,
HULL ID NO. CROA03RAG293,

        Petitioner.

_____/

**RESPONDENT/CLAIMANT'S, AMBER VILLANUEVA,
RULE F(5) CLAIM PERTAINING TO
PETITIONER'S PETITION FOR
EXONERATION FROM OR LIMITATION OF LIABILITY**

**COMES NOW**, Respondent/Claimant, AMBER VILLANUEVA, by and through the undersigned counsel, and pursuant to Supplemental Rule F(5) of the Federal Rules of Civil Procedure and Rule 7.06 of Local Rules and files her Rule F(5) Claim Pertaining to Petitioner's Petition for Exoneration from or Limitation Of Liability under the said Rules, and in support thereof states:

1. Claimant, AMBER VILLANUEVA, hereby makes her claim for damages against Petitioner, WILLIAM GLASSFORD, AS OWNER, OF A 1993 ROBALO, 18' RUNABOUT VESSEL, HULL ID NO. CROA03RAG293, pursuant to the Supplemental Rule F(5) of the Federal Rules of Civil Procedure.

2. On or about January 4, 2021, Petitioner WILLIAM GLASSFORD negligently and in an

imprudent and unreasonable manner, operated a 1993 ROBALO, 18' RUNABOUT VESSEL, HULL ID NO. CROA03RAG293 motorboat at or near North of West Point in the Bear Cut Channel in Biscayne Bay, Miami-Dade County, in the State of Florida waterways such that he collided with the 2012, 22'4", Sea Fox marine vessel in which AMBER VILLANUEVA was a passenger, causing her to be injured. Said negligence includes but is not limited to, the failure of Petitioner, WILLIAM GLASSFORD, to keep a proper lookout, as well as carelessly operating said vessel at an excessive rate of speed, as well as the failure to have regard for other waterborne traffic including the vessel in which Respondent/Claimant, AMBER VILLANUEVA, was a passenger at the time of the collision. Specifically, Petitioner, WILLIAM GLASSFORD, was the operator of his vessel and violated Florida Statute §§ 327.33(2) and 327.33(3) as well as Rule 5, Rule 6, and Rule 7 of the International & U.S. Inland Navigational Rules codified as Federal law (also known as the Rules of the Road), including failing to keep a proper look out, failing to use sound and audio signals required by the foggy conditions, being inattentive, and operating the vessel in a careless manner, including failing to avoid a violent collision, and impacting the vessel in which Respondent/Claimant, AMBER VILLANUEVA, was a passenger at the time of the collision.

3. As a direct and proximate result of Petitioner's failure to maintain and provide for safe operation of his vessel and all other related negligent actions, AMBER VILLANUEVA was injured in and about her body and extremities, suffered aggravation of pre-existing conditions, suffered pain therefrom, suffered mental pain and suffering, incurred and will incur medical expenses in the treatment of her injuries, suffered physical handicap, her working ability and earning capacity and her capacity to enjoy life were impaired and

will be impaired and suffered a permanent injury within a reasonable degree of medical probability, her injuries are permanent and continuing and the Respondent/Claimant, AMBER VILLANUEVA, will suffer losses and impairments in the future.

4. Claimant contests Petitioner's claim to exoneration from and/or to limitation of liability, on the grounds that, *inter alia*, Petitioner, WILLIAM GLASSFORD, himself, and/or his crew were negligent and furthermore, Petitioner had privity with, and knowledge of, the event, defect, unseaworthiness, negligence, actions, inactions, etc., which caused Respondent/Claimant's injuries.

5. Claimant reserves the right to present her claim for damages in the forum of her choice upon the Court denying the Petitioner's Complaint for Exoneration and/or Limitation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of August, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to: Counsel for Petitioner, Daniel S. Marcotte Esq., at dmarcotte@mcalpinconroy.com; and Richard J. McAlpin, Esq., at rmcalpin@mcalpinconroy.com; from McALPIN CONROY, P.A., Brickell City Tower, 80 S.W. 8th Street, Suite 2805, Miami, Florida 33130.

Frank D. Butler, Esq.
FBN: 940585
fdblawfirm@aol.com
Kelly Ann L. May, Esq.
FBN: 59286
kmay@fightingforfamilies.com
Frank D. Butler, P.A.
10550 US Highway 19 North
Pinellas Park, FL 33782
Phone: 727-399-2222
Fax: 727-399-2202
Service: courtdocserve@fdblawfirm.com
jseigler@fightingforfamilies.com
*Attorneys for Respondent/Claimant*

***/s/ Kelly Ann L. May, Esquire***
Kelly Ann L. May, Esq.