UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-CV-21118-DMM

IN ADMIRALTY

IN RE:

PETITION OF WILLIAM GLASSFORD, as owner, for exoneration from or limitation of liability, of a 1993 Robalo 18' Runabout Vessel, Hull ID No. CROA03RAG293

        Petitioner.        /

## ORDER GRANTING MOTION FOR ENTRY OF DEFAULT

THIS CAUSE comes before the Court upon Petitioner's Motion for Entry of Default, filed August 18, 2021. (DE 12). Having considered the Motion, I find good cause to grant the relief requested. Accordingly, it is hereby

ORDERED AND ADJUDGED that:

1. Petitioner's Motion (DE 12) is **GRANTED**.

2. Final Judgment is hereby entered against all claimants who have not filed claims in this action. Petitioner is hereby exonerated from any responsibility, loss, damage or injury, from any and all claims arising out of the incident described in the Petition for Exoneration from or Limitation of Liability (DE 1), except for the claims timely filed by Respondents/Claimants Amber Villanueva, Juan Pablo Muthuan, and Carlos Degasperi, who filed Answers to Petitioner's Petition (DE 9; 13).

**SIGNED** in Chambers at West Palm Beach, Florida, this 27th day of September, 2021.

        Donald M. Middlebrooks
        United States District Judge

cc:        Counsel of Record